1 The People of the State of Colorado, Plaintiff-Appellee, v. Travis Joseph Lujan, Defendant-Appellant. No. 19CA1318
Court of Appeals of Colorado, Fifth Division
January 20, 2022
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 El
 Paso County District Court No. 18CR3907 Honorable David A.
 Gilbert, Judge
 
 
 
 OPINION
 
 
 
 WELLING JUDGE
 
 
 JUDGMENT
 AND SENTENCE AFFIRMED
 
 
 Dunn
 and Yun, JJ ., concur.